UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOPHIA LOUIS,<br>Plaintiff, | ) | |
| v. | ) | Civil No. 26-13907-LTS |
| HANNAH SULLIVAN,<br>Defendant. | ) | |

ORDER

October 16, 2026

SOROKIN, J.

Plaintiff Sophia Louis, a Massachusetts resident proceeding *pro se*, initiated this action on August 25, 2026, by filing a motion for leave to proceed *in forma pauperis* and a complaint against defendant Hannah Sullivan, a resident of Maine. Doc. Nos. 1, 2. On September 29, 2026, the motion for leave to proceed *in forma pauperis* was allowed. Doc. No. 4. Plaintiff was advised that to proceed with this action, she must file an amended complaint. Id. Now before the Court are plaintiff's amended complaint and motion to appoint counsel. Doc. Nos. 6, 7.

Upon review, the Court hereby ORDERS

1. Plaintiff's motion to appoint counsel, Doc. No. 7, is DENIED WITHOUT PREJUDICE. There is no constitutional right to a free lawyer in a civil case. See DesRosiers v. Moran, 949 F.2d 15, 24 (1st Cir. 1991). However, plaintiff may file a new motion after the defendant has been served and responds to the amended complaint.

2. The Clerk shall issue a summons for service of the amended complaint and shall send the summons, a copy of the amended complaint, and this Order to Louis who must serve these documents on the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. Any person who is at least 18 years old and not a party may serve the summons and amended complaint. See Fed. R. Civ. P. 4(c)(2). Plaintiff shall review Rule 4(d) of the Federal Rules of Civil Procedure, which provides for an easier and less expensive means of effecting service, via first class mail, for defendants who are willing to waive formal service. Because plaintiff is proceeding *in forma pauperis*, she may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, amended complaint, and this Order upon the defendant as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served.

4. Louis shall have 90 days from the date of the issuance of the summons to complete service.

.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge